UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Manuel Sebastian Castro Largo | : | |
| | : | CIVIL ACTION NO: 3:14-cv-01039 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| Chubs, LLC d/b/a/ Fat City Customs, and John A. Moore | : | |
| | : | |
| | : | June 30, 2015 |
| Defendants | : | |
| | : | |

## NOTICE OF SETTLEMENT AND CONSENT MOTION TO WITHDRAW CASE WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R.Civ.P 41(a)(1)(A)(i)(i) and as a result of a successful settlement of the case, the parties move to dismiss this action, in its entirety and as to all defendants, with prejudice and without costs to any party.

THE PLAINTIFF

BY:             /s/
JAMES BHANDARY-ALEXANDER (ct28135)
426 State Street
New Haven, CT 06510
203-946-4811 (x 136)
jbhandary-alexander@nhlegal.org
His Attorney

                        THE DEFENDANTS

BY: _____/s/_____
      Roger C. Agatston, CT11064
      Law Office of Roger C. Agatston
      97 Main Street
      PO Box 313
      Monroe, CT 06468
      Tel (203)459-8600
      Fax (203)459-1884

## CERTIFICATE OF SERVICE

I hereby certify that on this day of June 30, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

   /s/James Bhandary-Alexander

James Bhandary-Alexander (ct28135)